Approved.

/s/ Kathleen B. Burke
_____
Kathleen B. Burke
U.S. Magistrate Judge
Dated: 6/27/2018

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA HEIER | ) | Case No.: 5:17-cv-01732 |
| | ) | |
| Plaintiff, | ) | Judge Kathleen B. Burke |
| | ) | |
| vs. | ) | |
| | ) | |
| BEAUTY CALL, LLC, ET AL. | ) | |
| | ) | **AMENDED NOTICE OF JOINT** |
| Defendants. | ) | **VOLUNTARY DISMISSAL WITH** |
| | | **PREJUDICE** |

Now comes Plaintiff, Jessica Heier, and Defendants, Beauty Call, LLC, *et al.*, by and through undersigned counsel, to hereby give notice of their joint, voluntary dismissal of Plaintiff's Complaint and Defendants' Counterclaims, all WITH prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear its, his, or their own costs.

Respectfully submitted,

/s/ *Chris P. Wido*
Chris P. Wido (0090441)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Road, Suite 200
Beachwood, Ohio 44122
P: (216) 291-4744
F: (216) 291-5744
E: chris.wido@spitzlawfirm.com
*Attorney for Plaintiff*

/s/ *William F. Perry*
William F. Perry (0075943)
WILLIAM F. PERRY CO., LPA
1991 Crocker Rd., Suite 600
Westlake, OH 44145
P: (440) 892-3316
F: (440) 348-2359
E: info@wperrylaw.com
*Attorney for Defendants*